AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) — Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Western District of New York

United States of America
v.
Jamie Washington

Case No: 1:21CR00195-007
USM No: 00672-510

Date of Original Judgment: October 6, 2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

FILED MAY 16 2024 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant has a total of one (1) criminal history point and was not assessed any "status points," as such she is not eligible for a sentence reduction under Parts A and B, Subpart 1 of Guidelines Amendment 821.

Based on the foregoing, to the extent there has been a request to appoint counsel, it is denied.

Except as otherwise provided, all provisions of the judgment dated October 6, 2023 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 5-16-24

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Lawrence J. Vilardo, U.S. District Judge
*Printed name and title*